UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-98(01)RM |
| ) | |
| ALONZO M. EVANS ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 29, 2009 [Doc. No. 23]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Timothy Kornrumph's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:  November 17, 2009 

            /s/ Robert L. Miller, Jr.
           Chief Judge
           United States District Court